UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NOLAN BURLARK,                          :
                                        :
            Plaintiff                   :
                                        :
    v.                                  :   CIVIL NO. 1:CV-00-2170
                                        :
LYCOMING COUNTY PRISON, ET AL.,         :   (Judge Caldwell)
                                        :
            Defendants                  :

FILED
HARRISBURG, P

JAN 1 1 2001

MARY E. D'ANDREA, CL
PER_____
      DEPUTY CLERK

ORDER

AND NOW, this 11a day of January, 2001, it is ordered that:

1. Plaintiff's motion to proceed in forma pauperis is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve

---

1. Burlark completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

plaintiff's complaint on the defendants named therein.

                                                                    /s/ William W Caldwell
                                                                    WILLIAM W. CALDWELL
                                                                    United States District Judge

 

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 12, 2001

Re:  1:00-cv-02170    Burlark v. Lycoming Cty Pris.

True and correct copies of the attached were mailed by the clerk to the following:

Nolan Burlark
CTY-LYCOMING
MN-41886
277 W. Third Street
Williamsport, PA  17701

```
cc:
Judge                          (  )
Magistrate Judge               (  )
U.S. Marshal                   (  )
Probation                      (  )
U.S. Attorney                  (  )
Atty. for Deft.                (  )
Defendant                      (  )
Warden                         (  )
Bureau of Prisons              (  )
Ct Reporter                    (  )
Ctroom Deputy                  (  )
Orig-Security                  (  )
Federal Public Defender        (  )
Summons Issued                 (  )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            (  )
Order to Show Cause            (  )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )    PA Atty Gen ( )
                                          DA of County  ( )    Respondents ( )
Bankruptcy Court               (  )
Other_____  (  )
```

MARY E. D'ANDREA, Clerk

DATE:  1/12/01                                        BY:  _____
                                                           Deputy Clerk