## JUDGE'S COPY

## united States District court
## Middle District of Pennsylvania

Nolan Burlark
        Plaintiff

        V

                                    Civil No 1:cv-00-2170
                                    Judge Caldwell

Lycoming County Prison
        Defendants

**FILED**
**HARRISBURG**

JAN 2 4 2001

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

## Motion For
## Assignment of Counsel

① On this 20 th day of January 2001 I Nolan Burlark hereby ask this court to assign me counsel in the above case with all do respect to the scope and nature of the affirmative duty of the trial judge to assure that the Plaintiff is not deprived of his rights, he Needs a Lawyer

② upon plaintiff request he ask that the court assign to him counsel, not exceed two, as he may desire which is

derived from the act of April 30 1790. 1 sta
118, that every person upon request shall
immediately be assigned counsel

③   plaintiff is unable to obtain counsel for
reasons of financial prior to the initial
appearance before a court

④   this motion expresses the right of the
plaintiff who is at all time mentioned
herein is unable to obtain counsel but would
like to have such counsel assigned at any
stage of the proceedings from his initial
appearance before this court.

⑤   unless plaintiff waives such rights to counsel
The phrase from his initial appearance befor
this court" is intended to require the
assignment of such counsel as promptly as
possible after it appears that plaintiff is
unable to obtain counsel

⑥   The right to assignment of counsel is not
limited to those financially unable to obtain
counsel. if a plaintiff is unable or able to
compensate counsel but still cannot obtain
counsel, he is entitled to the assignment of
counsel even though it may or may not be free coun

I declare or certify, verify or state under
penalty of perjury that the foregoing is tr
and correct.
Executed on 1-20-01

signature of petitione

Nolan Burlark