Nolan Burlark
Lycoming co prison
277 w Third St
williamsport, PA 17701


2/13/01
TS

Nolan Burlark
vs
ycoming co prison

Civil No 1CV-00-2170
Judge Caldwell/B.

FILED
SCRANTON
FEB - 8 2001
RMP

### Request

AND Now this 4TH day of february 2001 I Nolan Burlark plaintiff in this civil matter needs help preparing his case for trial or litigation. I would like to have a attorney to consult with. only upon a showing this plaintiff who is a Inmate is seeking substantial help. the materials in the preparation of the partys case and that the party is unable without undue hardship to obtain the substantial materials by his own means I here by ask the clerk of court to ask the court or should I say I ask that this court protect me against disclosure of the mental impression, conclusions opinions or legal theories of a attorney or other representative of a party concerning this litigation I would like a court order granting me a attorney

Please write back in response to Request