*peear*

(11)
2/28/01
nfg

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NOLAN BURLARK,                          :
                                        :
          Plaintiff                     :
                                        :
     v.                                 :     CIVIL NO. 1:CV-00-2170
                                        :
LYCOMING COUNTY PRISON, ET AL.,         :     (Judge Caldwell)
                                        :
          Defendants                    :

**FILED**
**HARRISBURG, P**

FEB 2 7 2001

MARY E. D'ANDREA, Cl
PER_____DEPUTY CLERK

<u>ORDER</u>

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

     Plaintiff, Nolan Burlark, an inmate at the Lycoming County

Prison, Williamsport, Pennsylvania, filed this civil rights

action under 42 U.S.C. § 1983.  On February 8, 2001, the court

received from the plaintiff a document entitled "Request," which

will be construed as a motion for appointment of counsel.

     By order, dated February 9, 2001, we denied a previous

motion for appointment of counsel.  Based on the reasons set

forth there, we deny this motion as well.

     AND NOW, this 27th day of February, 2001, it is ordered

that the Plaintiff's request (doc. 10) of February 8, 2001, is

construed as a motion for appointment of counsel and is denied.


WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 27, 2001

Re:   1:00-cv-02170   Burlark v. Lycoming Cty Pris.


True and correct copies of the attached were mailed by the clerk
to the following:


     Nolan Burlark
     CTY-LYCOMING
     MN-41886
     277 W. Third Street
     Williamsport, PA   17701

     Robin Reed, Esq.
     McNerney, Page, Vanderlin & Hall
     433 Market St.
     P.O. Box 7
     Williamsport, PA   17703



cc:
Judge                        (  )          ( ✓ ) Pro Se Law Clerk
Magistrate Judge             (  )          (  ) INS
U.S. Marshal                 (  )          (  ) Jury Clerk
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  ) with N/C attached to complt. and served by:
                                  U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5          (  )
Order to Show Cause          (  ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   (  )   PA Atty Gen (  )
                                       DA of County  (  )   Respondents (  )
Bankruptcy Court             (  )
Other_____       (  )

                                       MARY E. D'ANDREA, Clerk

DATE: _____2/27/01_____                    BY: _____
                                               Deputy Clerk