JUDGE'S COPY

Nolan Burlack
    Plaintiff

CIVIL NO 1CV-00-2170

v

Judge Caldwell

Lycoming County Prison et al
    Defendants





① Plaintiff Nolan Burlark an inmate at Lycoming County Prison, Williamsport Pennsylvania, Filed a civil rights action under 42 U.S.C. § 1983
I also have asked for appointment of counsel because I The plaintiff will suffer Substantial prejudice if he is forced to prosecute This case on his own with out, plaintiff fills that with out counsel he would not be able to present the facts and legal issues to the Court in a complex but arguably Meritorious Case, resulting in him losing this case

② Because Mr Burlark do not have the legal Knowledge to prepair a Brief as well as Defendants Counsel who is a 12 year law Student with a professional history in

law an who works for the PA House of Representatives an a major law firm.

(3) mr Burlark has run in to a dead in wall he a made supplemental complaints and he has a made a amended complaints to his complaint only to have staff here at this jail to stop him from sending it out and by taken all his papers and by putting him in the whole

(4) plaintiff is again seeking help with this case because the staff here are doing every thing they can to stop my mail from going out and from coming in to me

(5) with out this courts help of appointment of Counsel plaintiff will not be able to file a Brief or to get a Supplemental complaint to you because of the Defendants direct enterference to stop plaintiff civil action case

(6) plaintiff has tried to find help but can not so I here by ask the court again to help with the appantment of counsel

(7) plaintiff also need time if the court can give me 120 days to file a New Supplemental or a amended complaint to his complaint and a Brief to the Defendants Respondace or in to I get out of this jail so I can get the help I need for this Case.

## Verification

Pursuant to the penalty of purjury I hereby verify that the statements set forth herein this Affidavit are true and correct based on personal knowledge information and belief I understand that false statements are subject to the penalties of purjury

Signed
*[signature]*

Certificate of Service

I hereby certify that on this 19 day of March 2001 Serving a true and correct copy

Sign _Yalen Bulak_