unable to remail - 8/3/01

(19)

BURL810   RETURN TO SENDER   185102010 1800 03 07/31/01
BURLACK   MOVED LEFT NO ADDRESS
         UNABLE TO FORWARD
         RETURN TO SENDER

FILED
AUG 0 2 2001
PER _____ SS
HARRISBURG, PA.   DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS